```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :         13 Civ. 0150 (JPO)
IN RE AVON ANTI-AGING SKINCARE        :
CREAMS AND PRODUCTS MARKETING   :         ORDER OF REFERENCE
AND SALES PRACTICES LITIGATION          :            TO A MAGISTRATE
                                                        :                  JUDGE
-------------------------------------------------------------X


J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, for the following purpose(s):

____   GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____   GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____   DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

__X__   SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE:
Class Certification Discovery

_____   JURY SELECTION

_____   HABEAS CORPUS

_____   INQUEST AFTER DEFAULT / DAMAGES HEARING

_____   SOCIAL SECURITY

_____   SETTLEMENT

_____   CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____   CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF:

_____

        SO ORDERED.

Dated: New York, New York
       December 17, 2013

                                                    _____
                                                            J. PAUL OETKEN
                                                        United States District Judge