**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: AVON ANTI-AGING SKINCARE CREAMS AND PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | Case No.: 1:13-cv-00150-JPO |

**PLAINTIFFS' MOTION TO STRIKE DECLARATIONS,**
**EXPERT OPINIONS AND LAY OPINIONS**

Plaintiffs Monique Quintana, Lorena Trujillo, and Tara Tillman (collectively, "Plaintiffs") respectfully move this Court for an Order striking the declarations of Uma Santhanam, Jennifer Weinstein, Sylvie Biragnet, and Rosa Aguilar, each of which was submitted by Defendant Avon Products, Inc. ("Defendant") in connection with its Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 155), and barring those witnesses from testifying at trial.  As explained in the accompanying memorandum of law in support of this motion, each of the foregoing declarants offer unreliable and irrelevant expert (Santhanam, Weinstein, Biragnet) or baseless and unhelpful lay (Weinstein, Biragnet) opinion testimony, or offer testimony that lacks credibility (Aguilar).

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and: strike the declaration of Uma Santhanam and her testimony and bar Dr. Santhanam from testifying at trial;  strike the declaration of Jennifer Weinstein to the extent it offers lay or opinion testimony and bar Ms Weinstein from providing such opinion testimony at trial; strike the declaration of Sylvie Biragnet to the extent it offers lay or opinion testimony and bar Ms. Biragnet from providing such opinion testimony at trial; and strike the declaration of Rosa Aguilar.

Dated:  March 30, 2015					Respectfully submitted,


						/s/ John C. Kairis					
						John C. Kairis
						Robert G. Eisler
						Kyle J. McGee
						GRANT & EISENHOFER P.A.
						123 Justison Street
						Wilmington, Delaware  19801
						Telephone: (302) 622-7000
						Fax: (302) 622-7100

						James E. Cecchi
						Caroline F. Bartlett
						Zachary S. Bower
						CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY
						& AGNELLO, P.C.
						5 Becker Farm Road
						Roseland, New Jersey 07068
						Telephone: (973) 994-1700

						Roland Tellis
						Mark Pifko
						BARON & BUDD, P.C.
						15910 Ventura Boulevard, Suite 1600
						Encino, California 91436
						Telephone: (818) 839-2333

						Jay W. Eisenhofer
						GRANT & EISENHOFFER P.A.
						485 Lexington Avenue
						New York, New York 10017
						Telephone: (646) 722-8500

						Adam J. Levitt
						GRANT & EISENHOFFER P.A.
						30 North LaSalle Street, Suite 1200
						Chicago, Illinois 60602
						Telephone: (312) 214-0000

						Lionel Z. Glancy
						Marc L. Godino
						Casey E. Sadler
						GLANCY BINKOW & GOLDBERG LLP

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150