UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Avon Anti-Aging Skincare Creams and Products Marketing and Sales Practices Litigation | Civil Action No. 1:13-cv-00150-JPO-KNF<br><br>Judge J. Paul Oetken<br><br>FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DECLARATIONS, EXPERT OPINIONS AND LAY OPINIONS**

Dated:  March 30, 2015

GRANT & EISENHOFER P.A.
Robert G. Eisler
John C. Kairis
Kyle J. McGee
123 Justison Street
Wilmington, Delaware  19801
Telephone:  (302) 622-7000
Facsimile:  (302) 622-7100

Adam J. Levitt
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000

Jay W. Eisenhofer
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500

James E. Cecchi
Caroline F. Bartlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

Roland Tellis
Mark Pifko
Natasha Mehta
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

Lionel Z. Glancy
Marc L. Godino
Casey E. Sadler
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Interim Co-Lead Counsel for Plaintiffs and the Putative Classes and Subclasses*

Antonio Vozzolo
Javier Hidalgo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel:  (212) 983-9330

Mark Gardy
Meagan Farmer
GARDY & NOTIS
501 Fifth Avenue, Suite 1408
New York, New York 10017
Tel:  (212) 905-0509

*Additional Non-Lead Counsel for Plaintiffs and the Putative Classes and Subclasses*