UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Avon Anti-Aging Skincare Creams and Products Marketing and Sales Practices Litigation | Civil Action No. 1:13-cv-00150-JPO-KNF<br><br>Judge J. Paul Oetken |

PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Monique Quintana, Lorena Trujillo, and Tara Tillman ("Plaintiffs") respectfully submit this Notice of Appeal pursuant to Federal Rule of Civil Procedure 23(f). Plaintiffs intend to file with the United States Court of Appeal for the Second Circuit a petition for permission to appeal this Court's September 30, 2015 Opinion and Order denying Plaintiffs' motion for class certification (ECF No. 200).

Respectfully submitted,

Dated: October 14, 2015      GRANT & EISENHOFER P.A.

By:   /s/ Robert G. Eisler
      Robert G. Eisler
      John C. Kairis
      Kyle J. McGee
      123 Justison Street
      Wilmington, Delaware 19801
      Telephone: (302) 622-7000

      Adam J. Levitt
      GRANT & EISENHOFER P.A.
      30 North LaSalle Street, Suite 2350
      Chicago, Illinois 60602
      Telephone: (312) 214-0000

Jay W. Eisenhofer
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500

James E. Cecchi
Caroline F. Bartlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY
& AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

Roland Tellis
Mark Pifko
Natasha Mehta
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333

Lionel Z. Glancy
Marc L. Godino
Casey E. Sadler
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes and Subclasses*

Antonio Vozzolo
Javier Hidalgo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: (212) 983-9330

2

Mark Gardy
Meagan Farmer
GARDY & NOTIS
501 Fifth Avenue, Suite 1408
New York, New York 10017
Tel:  (212) 905-0509

*Additional Non-Lead Counsel for Plaintiffs and the Proposed Classes and Subclasses*