UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FILE NUMBERS:  13-cv-00150-JPO-KNF, 13-cv-01416-JPO,
13-cv-01417-JPO, 14-cv-07625-JPO

| | |
|---|---|
| In re Avon Anti-Aging Skincare Creams and Products Marketing and Sales Practices Litigation. | |
| Lorena Trujillo, Monique Quintana, Tara Tillman, individually, and on behalf of other members of the general public similarly situated, | |
| *Plaintiffs,* | **NOTICE OF APPEAL** |
| v. | |
| Avon Products, Inc., | |
| *Defendant.* | |

Notice is hereby given that Lorena Trujillo, Monique Quintana, and Tara Tillman, plaintiffs in the above-named cases, hereby appeal to the United States Court of Appeals for the Second Circuit from an order denying class certification entered in these actions on the 30th day of September, 2015, and pursuant to the stipulation dismissing plaintiffs' individual claims with prejudice entered in these actions on June 1, 2016.

        */s/ Caroline F. Bartlett*
        Attorney for all Plaintiffs
        CARELLA BYRNE CECCHI
        OLSTEIN BRODY & AGNELLO, P.C.
        5 Becker Farm Road
        Roseland, New Jersey 07068