**MANDATE**

N.Y.S.D. Case #
13-cv-150(JPO)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand and seventeen,

Jade Barrett, Joan Gerner,

      Plaintiffs,

Lorena Trujillo, Individually and on behalf of other members of the general public similarly situated, Monique Quintana, Tara Tillman,

      Plaintiffs - Appellants,

v.

Avon Products, Inc.,

      Defendant - Appellee.

**ORDER**
Docket No. 16-1879

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 06, 2017

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/06/2017